IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

NOV 17 2015

BY_____ ARTHUR JOHNSTON
_____ DEPUTY

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. *1:15 CR 76LG-JCG*

DAMEON MACK and                        18 U.S.C. § 641
JERMEY MACK                                18 U.S.C. § 371

**The Grand Jury charges:**

## COUNT 1

That on or about December 22, 2014, in Harrison County in the Southern Division of the Southern District of Mississippi, the defendant, **DAMEON MACK**, aided and abetted by others known and unknown to the Grand Jury, did steal and purloin property belonging to the United States Air Force, a department of the United States of America, that is: approximately ten cases of alcoholic beverages, having a value of greater than $1,000.00, in violation of Sections 641 and 2, Title 18, United States Code.

## COUNT 2

That on or about January 6, 2015, in Harrison County in the Southern Division of the Southern District of Mississippi, the defendant, **DAMEON MACK**, aided and abetted by others known and unknown to the Grand Jury, did steal and purloin property belonging to the United States Air Force, a department of the United States of America, that is: approximately nine cases of alcoholic beverages, having a value of greater than $1,000.00, in violation of Sections 641 and 2, Title 18, United States Code.

## COUNT 3

That on or about February 3, 2015, in Harrison County in the Southern Division of the

Southern District of Mississippi, the defendant, **DAMEON MACK**, aided and abetted by others known and unknown to the Grand Jury, did steal and purloin property belonging to the United States Air Force, a department of the United States of America, that is: approximately nine cases of alcoholic beverages, having a value of greater than $1,000.00, in violation of Sections 641 and 2, Title 18, United States Code.

## COUNT 4

That on or about February 10, 2015, in Harrison County in the Southern Division of the Southern District of Mississippi, the defendant, **DAMEON MACK**, aided and abetted by others known and unknown to the Grand Jury, did steal and purloin property belonging to the United States Air Force, a department of the United States of America, that is: approximately seven cases of alcoholic beverages, having a value of greater than $1,000.00, in violation of Sections 641 and 2, Title 18, United States Code.

## COUNT 5

That on or about March 5, 2015, in Harrison County in the Southern Division of the Southern District of Mississippi, the defendant, **DAMEON MACK**, aided and abetted by others known and unknown to the Grand Jury, did steal and purloin property belonging to the United States Air Force, a department of the United States of America, that is: approximately eight cases of alcoholic beverages, having a value of greater than $1,000.00, in violation of Sections 641 and 2, Title 18, United States Code.

## COUNT 6

That on or about March 9, 2015, in Harrison County in the Southern Division of the Southern District of Mississippi, the defendant, **DAMEON MACK**, aided and abetted by others known and unknown to the Grand Jury, did steal and purloin property belonging to the United

States Air Force, a department of the United States of America, that is: approximately eighteen cases of alcoholic beverages, having a value of greater than $1,000.00, in violation of Sections 641 and 2, Title 18, United States Code.

COUNT 7

That on or about March 24, 2015, in Harrison County in the Southern Division of the Southern District of Mississippi, the defendant, **DAMEON MACK**, aided and abetted by others known and unknown to the Grand Jury, did steal and purloin property belonging to the United States Air Force, a department of the United States of America, that is: various assortments of alcoholic beverages, having a value of greater than $1,000.00, in violation of Sections 641 and 2, Title 18, United States Code.

COUNT 8

That on or about April 1, 2015, in Harrison County in the Southern Division of the Southern District of Mississippi, the defendants, **DAMEON MACK** and **JERMEY MACK**, aided and abetted by each other and others known and unknown to the Grand Jury, did steal and purloin property belonging to the United States Air Force, a department of the United States of America, that is: various assortments of alcoholic beverages, having a value of greater than $1,000.00, in violation of Sections 641 and 2, Title 18, United States Code.

COUNT 9

That from on or about December, 2014, and continuing until on or about April, 2015, in Harrison County in the Southern Division of the Southern District of Mississippi, the defendants, **DAMEON MACK** and **JERMEY MACK**, did knowing and willfully conspire with each other and with others known and unknown to the Grand Jury, to commit an offense against the United States to wit: Theft of property belonging to the United States Air Force, a department of the

United States of America, that is: various assortments of alcoholic beverages, having a value of greater than $1,000.00, as prohibited by Section 641, Title 18, United States Code.

It was part of the conspiracy that the defendants would steal bottles and cases of alcoholic beverages from stores located on Keesler Air Force Base, in Biloxi, Mississippi.   The defendants would then take the stolen alcohol to locations off base and sell the items.

## OVERT ACTS

Counts 1 through 8 above are incorporated by reference herein and constitute overt acts of the conspiracy.

In violation of Section 371, Title 18, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the ___17th___ day of ___NOVEMBER___, 2015.

UNITED STATES MAGISTRATE JUDGE