IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA     PLAINTIFF

v.     Criminal No.1:15CR76-LG-JCG-001

DAMEON MACK     DEFENDANT

and

MISKELLY FURNITURE     GARNISHEE
101 Airport Rd.
Pearl, MS 39208

### ORDER QUASHING AGREED ORDER
### FOR ENTRY OF VOLUNTARY GARNISHMENT

THIS CAUSE came on for consideration on Plaintiff United States of America's Motion to Quash the Agreed Order for Entry of Voluntary Garnishment, ECF No. 75. The Court has considered the motion and finds that it should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Agreed Order for Entry of Voluntary Garnishment, which was filed on September 9, 2016, is quashed, and Garnishee, MISKELLY FURNITURE, is hereby dismissed.

ORDERED AND ADJUDGED this 2nd day of December, 2019.

_____
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE